```
           UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                  AT CHARLESTON
```

**ROGER D. SMITH,**

      Plaintiff,

v.                                    Civil Action No. 2:20-cv-00548

**BRIAN PENICK, individually;**
**JOHNNY WILSON, individually;**
**SAMUEL PAULEY, individually;**
**DONALD AMES, individually and**
**in his official capacity as**
**Superintendent of MOCC;**
**BETSY JIVIDEN, individually**
**and in her official capacity as**
**WVDOC Commissioner; and**
**JOHNATHAN FRAME, individually**
**and in his official capacity as**
**Associate Superintendent of**
**Security at MOCC,**

      Defendants.

## MEMORANDUM OPINION AND ORDER

This action was previously referred to Dwane L. Tinsley, United States Magistrate Judge, who has submitted his Proposed Findings and Recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B).

The court has reviewed the Proposed Findings and Recommendation entered by the magistrate judge on August 6, 2021. The magistrate judge recommends "that the presiding District Judge grant the defendants' Motion to Dismiss and dismiss Plaintiff's IIED claim contained in Count VI of the

Complaint as being duplicative of his claim for assault and battery contained in Count III thereof." ECF No. 21 (emphasis and citation omitted). The plaintiff, proceeding pro se, has not objected to the Proposed Findings and Recommendation.

Accordingly, it is ORDERED that:

1. The Proposed Findings and Recommendation be, and hereby is, adopted by the court, and
2. The defendants' motion to dismiss the Count VI IIED claim be, and hereby is, granted.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record, any unrepresented parties, and the United States Magistrate Judge.

ENTER: September 3 2021

John T. Copenhaver, Jr.
Senior United States District Judge